Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNIVERSAL LEAF TOBACCO COMPANY, INC., | 07 Civ. |
| Plaintiff, | **FRCP RULE 7.1** <br> **DISCLOSURE STATEMENT** |
| - against - | |
| M/V MSC MARA, *etc et al.,* | |
| Defendants. | |

------------------------------------------------------------X

NOW comes plaintiff, UNIVERSAL LEAF TOBACCO COMPANY, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

UNIVERSAL CORPORATION is the publicly traded parent company of the plaintiff.

Dated: New York, New York
      September 27, 2007

                                                    CASEY & BARNETT, LLC
                                                  Attorneys for Plaintiff

                                 By: *[signature]*
                                                  Martin F. Casey (MFC-1415)
                                                  317 Madison Avenue, 21st Floor
                                                  New York, New York 10017
                                                  (212) 286-0225