Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL LEAF TOBACCO COMPANY,
INC.,                                                                           07 Civ. 8392 (SAS)

                Plaintiff,                                  **RETURN OF SERVICE**

    - against -

M/V MSC MARA, *etc et al.,*

                Defendants.
------------------------------------------------------------X

        Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court.  The plaintiff attaches hereto Exhibit 1 the Waiver of Service of Process executed by defendant, Mediterranean Shipping Company, S.A., on October 2, 2007.

Dated: New York, New York
       October 9, 2007
       115-884

                                          CASEY & BARNETT, LLC
                                          Attorneys for Plaintiff

                           By: _____
                                Martin F. Casey (MFC-1415)
                                317 Madison Avenue, 21st Floor
                                New York, New York 10017
                                (212) 286-0225