LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
MEDITERRANEAN SHIPPING COMPANY, S.A. and
COMPANIA NAVIERA MARA S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNIVERSAL LEAF TOBACCO CO.

     Plaintiff,

 -against-

M/V MSC MARA, her tackle, engines, etc;
MEDITERRANEAN SHIPPING COMPANY S.A.;
and COMPANIA NAVIERA MARA S.A.

     Defendants.
-----------------------------------------------------------------X

**ECF Case**

07 Civ. 08392 (SAS)

**RULE 7.1**
**STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendants MEDITERRANEAN SHIPPING COMPANY, S.A. and COMPANIA NAVIERA MARA S.A., certifies upon information and belief that said Defendants are not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendants which are otherwise publicly held in the United States.

Dated: November 27, 2007
      New York, New York

                LYONS & FLOOD, LLP
                Attorneys for Defendants
                MEDITERRANEAN SHIPPING COMPANY, S.A.
                and COMPANIA NAVIERA MARA S.A.

By: _____
     Edward P. Flood (EPF-5797)
     65 West 36th Street, 7th Floor
     New York, New York 10018

U:\FLOODDOC\2549107\Pleadings\Rule 7.1-Mara .doc