UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNIVERSAL LEAF TOBACCO CO       :

          Plaintiff,       :

   - against -       :

M/V MSC MARA       :

         Defendant(s).       :

------------------------------------X

**SCHEDULING ORDER**

07  Civ. 8392 (SAS)

**Conference Date:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on NOV 27 2007 (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;
   11/27/07  MARTIN F. CASEY - PLAINTIFF
               JOHN WERNER - DEFENDANTS MSC + COMPAGNIA NAVIERA

(2) a concise statement of the issues as they then appear;
   WET DAMAGE TO 7 CONTAINERS TOBACCO DURING TRANSIT FROM TURKEY TO VIRGINIA

(3) a schedule including:

   (a) the names of persons to be deposed and a schedule of planned depositions;
   SHIPPER - TURKEY     STEVEDORES IN TURKEY, FRANCE + NORFOLK
   RECEIVER - VIRGINIA

FEB/MAR

   (b) a schedule for the production of documents;
   DOCUMENTS TO BE PRODUCED BY JANUARY 15, 2008

   (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

   (d) time when discovery is to be completed;
   APRIL 30, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*MAY 15 2008*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*MAY 31, 2008*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____*May 7 at 4:30*_____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

*NONE ANTICIPATED AT PRESENT*

(7) anticipated length of trial and whether to court or jury;

*2 DAYS TO COURT*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

*MARTIN F. CASEY*
*CASEY & BARNETT LLC*
*317 MADISON AVE, 21ST FL*
*NY NY 10017*

*Jon Werner*
*Lyons & Flood LLP*
*65 West 36th Street, 7th Floor*
*New York, NY 10018*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN    *11/27/07*
U.S.D.J.