UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL LEAF TOBACCO COMPANY,
INC.

        Plaintiff,

  - against -

M/V MSC MARA etc et al.

        Defendants.
------------------------------------------------------------X

07 Civ. 8392 (SAS)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       December 19, 2007

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _____
    Martin F. Casey (MFC/1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**LYONS & FLOOD, LLP**
Attorneys for Defendants

By: _____
    Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

SO ORDERED:
_____
U.S.D.J.

12/19/07